UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:

JOHN P. MCKIBBEN &                 CASE NO.: 17-80385
LAVONDA S. MCKIBBEN               CHAPTER 13
DEBTOR(S)

June 29, 2017
1st PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

1. *Debtor(s) have paid in $340.00 through month 1, May, 2017. Debtor(s) propose to pay by DIECT PAY to the Chapter 13 Trustee, monthly plan payments of $340.00 per month beginning month 2, June, 2017, and continuing through-out the remainder of this (extended to) 49 month plan.* First plan payment is due on **5/11/2017.** The Debtor submits all future income to the supervision and control of the Trustee for the execution of this Plan.

2. **Claims to be paid *DIRECT* by the Debtor or *Other Party*:**

   None.

3. **Claims to be surrendered:**

   **CHEVY CHASE FSB** is secured with **HOME: 7020 NORTH ST., ROSEPINE, LA** with a claim of **$21,608.00** owed on this debt. Debtor is **SURRENDERING/ABANDONING** their interest in the collateral. The surrender is in partial satisfaction of debt and debtor reserves unto this creditor the right to file an unsecured claim after the appropriate disposition of said collateral.

4. **Claims to be paid through the plan by Trustee:**

   **Administrative Claims and/or Adequate Protection Payments:**

   a. **CHAPTER 13 TRUSTEE** shall receive approximately 10% of the plan payments.

   b. *DAVID J. KLANN has a "no-look" attorney fee balance of $3,000.00 in connection with the filing of the Bankruptcy Petition to be paid in full by the Chapter 13 Trustee as soon as funds are available. Additionally, debtor's counsel shall receive an additional "no-look" fee of $600.00 to be paid in the last six months of the plan in accordance with 3(B) of the standing order regarding "no-look" fees for cases filed on/after Feb. 1, 2017.*

   c. **ADEQUATE PROTECTION CLAIMS** to be paid by Chapter 13 Trustee: See Paragraph 5.

5. **Secured Claims to be paid by the Trustee:**

   Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below:

   **FIRST NATIONAL BANK** is secured with **MOTORCYCLE: 2003 HARLEY DAVIDSON**. Creditor shall have a secured claim in the amount of **$2,299.00 @ 6.25%** interest per annum. As **Adequate Protection**, the Trustee will pay **$75.00** per month concurrently with Administrative Fees.

   **ONEMAIN** is secured with **AUTOMOBILE: 2003 CHRYSLER PACIFICA**. Creditor shall have a

secured claim in the amount of **$5,386.00 @ 5.25**% interest per annum.  As **Adequate Protection**, the Trustee will pay *$50.00* per month concurrently with Administrative Fees.

**6.     Unsecured Priority or Special Class Claims (not including Attorney/Trustee fees):**

After secured claims are paid in full, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

None.

**7.     General Unsecured Claims:**

Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedule D and E as undersecured; or (3) any general unsecured claim filed before the bar date with no objection filed, will be treated as General Unsecured Claims and will receive a minimum of *11%* of the claims. **See Schedule F of the Petition for a list of unsecured creditors.**

**8.     Executory Contracts:**

None.

**9.     Other Provisions:**

   a.  Title to Debtor(s) property will revest at confirmation.
   b.  Insurance to protect those creditors having secured claims will be provided;
   c.  Pursuant to 11 USC 1325(a)(5)(B), Secured creditors will retain their lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law; or discharge under 1328. If the case under this chapter is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law.
   d.  The Confirmation Order shall constitute a judgment avoiding any lien, whether by security or trust deed, mortgage, security agreement, judgment, operation of statue, or otherwise ("lien") to the extent that the lien does not attach to the value in debtor(s) property, as such value is set forth therein or determined by court, prior liens provided for in this plan and shall also avoid any lien to the extent the claim underlying such lien is not an allowed claim. Plan Confirmation shall void all judgments filed against the debtor(s) & that the holders of said judgments must execute releases of their judgments, which releases be prepared and submitted at the debtors' expense.

*ALL CHANGES ARE IN BOLD, ITALICS AND UNDERLINED. THIS PLAN SUPERCEDES ANY EXISTING PLAN/S.   DEBTOR   FILED AMENDED PLAN TO INCREASE THE SECURED CLAIM, INTEREST RATE AND ADEQUATE PROTECTION FOR FIRST NATIONAL BANK DERIDDER AND TO STATE THE PLAN WILL PAY 11% TO THE UNSECURED CREDITORS.    Monthly plan payments of $340.00 per month beginning month 2, June, 2017, and continuing through-out the remainder of this    (extended to) 49 month plan.*

1st Pre-CONFIRMATION MODIFICATION OF CHAPTER
13 PLAN SUMMARY NOTICE DATE: **June 29, 2017**

                                          **Respectfully Submitted:**

                                          **/s/David J. Klann**
                                          **DAVID J. KLANN ~ LA BAR #23162**
                                          **Attorney, 607 S. 5TH Street, Leesville, LA 71446**
                                          **Telephone: 337-238-1111     Fax: 337-238-2638**
                                          **e-mail:   klannatty@lannatty.com**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**IN RE:**

**JOHN P. MCKIBBEN &**       **CASE NO.: 17-80385**
**LAVONDA S. MCKIBBEN**       **CHAPTER 13**
**DEBTOR(S)**

## CERTIFICATE OF SERVICE ON
## 1st PRE-CONFIRMATION MODIFICATION FILED June 29, 2017

I hereby certify that the foregoing **"1st Pre-Confirmation Modification of Chapter 13 Plan Filed June 29, 2017,** in this proceeding has been served on all interested an affected persons and entities by mailing a copy to each of them as listed and identified below, by United States mail, postage prepaid, at Leesville, Louisiana, on this **June 29, 2017**.

**Jon C. Thornburg**
**Chapter 13 Trustee**
**PO Box 1991**
**Alexandria, LA 71309**

**U. S. Trustee**
**Via electronic means**

| | | |
|---|---|---|
| **Beauregard Memorial Hospital**<br>PO Box 730<br>DeRidder, LA 70634-0730 | **Beauregard Surgery Center**<br>P.O. Box 578<br>DeRidder, LA 70634 | **Byrd Emergency Group, LLC**<br>P.O. Box 400<br>San Antonio, TX 78292-0400 |
| **Byrd Medical Clinic, Inc**<br>PO Box 848357<br>Boston, MA 02284 | **Byrd Regional Hospital**<br>1020 Fertitta Blvd.<br>Leesville, LA 71446 | **CAC Financial Corp**<br>2601 NW Expressway<br>Ste 1000 E<br>Oklahoma City, OK 73112 |
| **CAC Financial Corp**<br>2601 NW Expressway<br>Ste 1000 E<br>Oklahoma City, OK 73112 | **Capital One**<br>Attention: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | **Capital One Auto Finance**<br>Attn: General<br>Correspondence/Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 |
| **Capital One Auto Finance (2002)**<br>Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016 | **Cardiology Clinic of DeRidder**<br>PO Box 175<br>DeRidder, LA 70634 | **Cato Corporation**<br>Attn Bankruptcy/Credit Dept<br>8100 Denmark Rd<br>Charlotte, NC 28273 |
| **Chevy Chase Fed Sav Ba**<br>Capital One/Attn:Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | **Chevy Chase Fed Sav Ba**<br>Capital One/Attn:Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | **Citifinancial**<br>605 Munn Road<br>Fort Mill, SC 29715 |
| **Comenity Bank/burkesol**<br>PO Box 182125<br>Columbus, OH 43218 | **Comenity Bank/Stage**<br>PO Box 182125<br>Columbus, OH 43218 | **Commonwealth Financial Syster**<br>245 Main St<br>Dickson City, PA 18519 |

| | | |
|---|---|---|
| **Commonwealth Financial Systems**<br>245 Main St<br>Dickson City, PA 18519 | **Credit Collections Svc**<br>PO Box 773<br>Needham, MA 02494 | **David J. Klann, Attorney**<br>607 S. 5th Street<br>Leesville, LA 71446 |
| **Dermatology Associates of SWLA**<br>2000 Tybee Lane<br>Lake Charles, LA 70605 | **Eos Cca**<br>700 Longwater Dr<br>Norwell, MA 02061 | **First National Bank**<br>Attn: FNN Legal Dept<br>1620 Dodge St., Stop Code 3290<br>Omaha, NE 68197 |
| **IC Systems, Inc**<br>444 Highway 96 East<br>St Paul, MN 55127 | **Louisiana Recovery Svc**<br>1304 Bertrad Dr Ste F4<br>Lafayette, LA 70506 | **Louisiana Recovery Svc**<br>1304 Bertrad Dr Ste F4<br>Lafayette, LA 70506 |
| **Louisiana Recovery Svc**<br>1304 Bertrad Dr Ste F4<br>Lafayette, LA 70506 | **Louisiana Recovery Svc**<br>1304 Bertrad Dr Ste F4<br>Lafayette, LA 70506 | **Louisiana Recovery Svc**<br>1304 Bertrad Dr Ste F4<br>Lafayette, LA 70506 |
| **LSU Health**<br>PO BOX 2252 DEPT #2061<br>Birmingham, AL 35246-2060 | **OneMain**<br>Attn: Bankruptcy<br>601 NW 2nd St<br>Evansville, IN 47708 | **Onemain Financial/Citifinancial**<br>6801 Colwell Blvd<br>NTSB-2320<br>Irving, TX 75039 |
| **PMAB, LLC**<br>4135 South Stream Blvd<br>Suite 400<br>Charlotte, NC 28217 | **PMAB, LLC**<br>4135 South Stream Blvd<br>Suite 400<br>Charlotte, NC 28217 | **Portfolio Recovery Associates, L**<br>PO Box 41067<br>Norfolk, VA 23541 |
| **Ronald J. Bertrand (2002)**<br>Atty. for 1st Nat. Bank<br>714 Kirby Street<br>Lake Charles, LA 70601 | **Schumacher Group**<br>Return Mail Processing<br>165 Caprice CT, Unit B<br>Castle Rock, CO 80109 | **Southwest Credit Systems**<br>4120 International Parkway Ste 1<br>Carrollton, TX 75007 |
| **Southwest Credit Systems**<br>4120 International Parkway Ste 1100<br>Carrollton, TX 75007 | **Synchrony Bank/ JC Penneys**<br>Attn: Bankruptcy<br>PO Box 956060<br>Orlando, FL 32896 | **Synchrony Bank/Walmart**<br>Attn: Bankruptcy<br>PO Box 956060<br>Orlando, FL 32896 |
| **TD Auto Financial**<br>PO Box 9223<br>Farmington Hills, MI 48333 | **United Consumer Financial Services**<br>865 Bassett Rd<br>Westlake, OH 44145 | **United Consumer Financial Serv**<br>865 Bassett Rd.<br>Westlake, OH 44145 |
| **US Radiology Partners of LA, Inc.**<br>PO Box 1289<br>Jennings, LA 70546 | | |

**/s/DAVID J. KLANN**
**David J. Klann**